IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY B. PHILLIPS AND | : NO. 02-3749 |
| ALICIA S. PHILLIPS, H/W | : |
| VS. | : |
| WEST NORRITON TOWNSHIP, | : |
| MANRICO A. TRONCELLITI, JR., | : |
| EDWARD J. BARTOSZEK, | : |
| BARBARA A. BERGSTRASSER, | : |
| GEORGE J. STOJANOVICH, | : |
| MICHAEL A. VEREB, INDIVIDUALLY | : |
| AND IN THEIR OFFICIAL CAPACITY AS | : |
| COMMISSIONERS OF WEST NORRITON | : |
| TOWNSHIP, THE BOARD OF | : |
| COMMISSIONERS OF WEST NORRITON | : |
| TOWNSHIP, JOSEPH J. HEIN, | : |
| INDIVIDUALLY AND IN HIS OFFICIAL | : |
| CAPACITY AS TOWNSHIP MANAGER OF | : |
| WEST NORRITON TOWNSHIP, ROBIN | : |
| DEANGELIS, INDIVIDUALLY AND IN | : |
| HER OFFICIAL CAPACITY AS ASSISTANT | : |
| TOWNSHIP MANAGER OF WEST | : |
| NORRISTON TOWNSHIP | : |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter our appearance as counsel on behalf of Defendants, West Norriton Township, Manrico A. Troncelliti, Jr., Edward J. Bartoszek, Barbara A. Bergstrasser, George J. Stojanovich, Michael A. Vereb, individually and in their official capacity as Commissioners of West Norriton Township, the Board of Commissioners of West Norriton Township, Joseph J. Hein, indivdiually and in his oficial capacity as Township Manager of West

Norriton Township, Robin DeAngelis, individually and in her official capacity as Assistant Township Manager of West Norriton Township in the above-captioned matter.

                KERNS, PEARLSTINE,
                ONORATO & FATH, LLP

BY:_____
        Robert J. Kerns
        Attorney for Defendants

                KERNS, PEARLSTINE,
                ONORATO & FATH, LLP

BY:_____
        David C. Onorato
        Attorney for Defendants