IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**COREY B. PHILLIPS, ET. AL.**      :      **CIVIL ACTION**
                                    :
            **v.**                  :
                                    :
**WEST NORRITON TOWNSHIP,**
**ET. AL.**                         :      NO. **2002-3749**

### O R D E R

**AND NOW**, this _____ **day** of **January, 2003**, it is **Ordered** that the plaintiffs' motion, **docket entry #12**, to amend the complaint pursuant to F.R.C.P.15(a) is **GRANTED** and that the defendants' motion, **docket entry #9**, pursuant to F.R.C.P. 12(b)(6) for partial dismissal of plaintiffs' complaint is **DENIED as moot as stated on the record of January 3, 2003.**

ATTEST:                              or      BY THE COURT


BY:_____              _____
      Deputy Clerk                                  Judge

Civ 12 (9/83)

**Copies faxed on _____to:**           **Copies mailed on _____to:**