IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
COREY PHILLIPS, et al.            :         CIVIL ACTION
                                  :
           v.                     :
                                  :
WEST NORRITON TOWNSHIP, et al.    :         NO. 02-3749
```

**O R D E R**

**AND NOW,** this      day of   January, 2003, **IT IS ORDERED** that the court's scheduling order (paper #19), filed on **January 14, 2003,** is **AMENDED** only as to paragraph 3:

3. Unless the parties agree to another form of ADR, they shall scheduled a settlement conference before United States Magistrate Judge Diane Welsh on or about **May 30, 2003.** Judge Welsh will require that lead counsel and parties with full settlement authority attend the conference.

All other dates shall remain the same.

ATTEST:                              or    BY THE COURT


BY:_____              _____
     Deputy Clerk                        Anita B. Brody, J.

Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to: