IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY B. PHILLIPS and | : CIVIL ACTION |
| ALICIA S. PHILLIPS, his wife | : |
|          Plaintiffs | : NO. 02-3749 |
| v. | : |
| WEST NORRITON TOWNSHIP | : |
|   and | : |
| MANRICO A. TRONCELLITI, JR. | : |
|   and | : |
| EDWARD J. BARTOSZEK | : |
|   and | : |
| BARBARA A. BERGSTRASSER | : JURY TRIAL DEMANDED |
|   and | : |
| GEORGE J. STOJANOVICH | : |
|   and | : |
| MICHAEL A. VEREB, Individually and in their Official Capacity as Commissioners of West Norriton Township | : |
|   and | : |
| THE BOARD OF COMMISSIONERS OF WEST NORRITON TOWNSHIP | : |
|   and | : |
| JOSEPH J. HEIN, Individually and in his Official Capacity as Township Manager of West Norriton Township | : |
|   and | : |
| ROBIN DeANGELIS, Individually and in her Official Capacity as Assistant Township Manager of West Norriton Township | : |
|          Defendants | : |

**COREY B. PHILLIPS' ANSWER TO COUNTERCLAIM OF
WEST NORRITON TOWNSHIP AND BOARD OF COMMISSIONERS
<u>OF WEST NORRITON TOWNSHIP</u>**

70.    Denied as stated. It is admitted that West Norriton Township and the Board of Commissioners of West Norriton Township incorporate Defendants' Answer with Affirmative Defenses to Plaintiffs' Amended Complaint; however, the Plaintiffs do

2

deny any factual averments of the Defendants incorporated herein as well as the Affirmative Defenses.

    71.    Denied.

    72.    Denied.

WHEREFORE, the Plaintiff demands damages and other relief as set forth in the Amended Complaint.

                              LAW OFFICE OF LEO A. HACKETT

                              BY:_____
                                  LEO A. HACKETT, ESQUIRE
                                  Identification No. 08936
                                  300 West State Street, Suite 301
                                  Media, PA 19063
                                  (610) 565-7700
                                  Attorney for Plaintiffs