IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COREY B. PHILLIPS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WEST NORRITON TOWNSHIP | : | NO. 02-3749 |

<u>O R D E R</u>

AND NOW, this      day of August, 2003, it is hereby ORDERED that the settlement conference scheduled in this matter for August 28, 2003, has been rescheduled to Tuesday, September 16, 2003 at 2:00 p.m.

**IT IS FURTHER ORDERED** that the Settlement Conference Summary shall be delivered to chambers on or before September 2, 2003.

BY THE COURT:


_____
DIANE M. WELSH
UNITED STATES MAGISTRATE JUDGE

Copies faxed on   8/15/03 to:
George P. Noel, Esq.
Leo A. Hackett, Esq.
David C. Onorato, Esq.
Robert P. DiDomenicis, Esq.
Robert J. Kerns, Esq.