IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COREY PHILLIPS, et al.                :        CIVIL ACTION
                                      :
         vs.                          :
                                      :        NO. 02-3749
WEST NORRITON TOWNSHIP, et al.

## O R D E R

**AND NOW, TO WIT:** This 19th day of September, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**_____
         Marie O'Donnell
         Deputy Clerk

Civ 2 (8/2000)
41(b).frm